IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-MJ-1557

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR )<br>)<br>100 Jewel Stone Lane )<br>Morrisville, North Carolina 27560 )<br>)<br>)<br>_____ ) | **ORDER** |

This Cause comes before the Court on the motion by the Government to unseal the application and affidavit for search warrant. (DE-6). The Government represents that the search warrant has been executed, thereby rendering moot the need to maintain these documents under seal as set forth in the original motion to seal. (DE-3).

For good cause shown, the motion to unseal (DE-6) is GRANTED. The Clerk shall unseal the application and affidavit for search warrant and provide a certified copy of this Order to the United States Attorney's Office.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 16th day of September, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE